IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK OWEN KNAPP HENLEY,<br><br>Defendant. | MJ 25-17-M-DLC<br><br>**ORDER** |

As discussed in open court during today's detention hearing,

IT IS ORDERED that defense counsel shall notify the Court approximately one week before Defendant's anticipated discharge from inpatient treatment, at which point the Court will schedule a hearing to review Defendant's proposed release plan.

DATED this 9th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge